**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | **MDL Docket No. 4:03CV1507 WRW** |
| | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | *Reeves v. Wyeth,* **4:05-cv-00163-WRW** |
| **LITIGATION** | : | *Rush v. Wyeth, et al.,* **4:05-cv-00497-WRW** |
| | : | |

**No. 8**

**DEFENDANTS' MOTION TO**
**EXCLUDE EXPERT TESTIMONY**
**OF DR. GRAHAM A. COLDITZ**

Pursuant to Rule 702 of the Federal Rules of Evidence, and for the reasons set forth in the accompanying Memorandum, the Wyeth and Pfizer defendants[1] move to exclude the testimony of Dr. Graham A. Colditz.

Respectfully submitted,


/s/      F. Lane Heard III
John W. Vardaman, Jr.
Stephen L. Urbanczyk
F. Lane Heard III

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000

---

[1] Pfizer is not a party in the *Reeves* case; therefore, this Motion is on behalf of Pfizer in the *Rush* case only.

Lyn P. Pruitt, Bar No. 84121

MITCHELL, WILLIAMS, SELIG, GATES &
WOODYARD, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
(501) 688-8800
*lpruitt@mwsgw.com*

*Lead Counsel for Defendants*

DATED:  June 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2006 a true and correct copy of the foregoing

Defendants' Motion to Exclude Expert Testimony of Dr. Graham A. Colditz was electronically

filed with the Clerk of Court using the CM/ECF system and a true and correct copy was

forwarded by e-mail and first-class mail, postage prepaid, to the parties listed below.

Liza Karsai
Kaye Scholer
425 Park Avenue
New York, NY  10022
e-mail: lkarsai@kayescholer.com

Jake Michael Ramey
Girards Law Firm
10,000 North Central Expressway
Suite 750
Dallas, TX  75231
e-mail: mike@girardslaw.com

Mr. Russell D. Marlin
Mr. Gary Holt
GARY EUBANKS & ASSOCIATES, LTD
708 West Second Street
P.O. Box 3887
Little Rock, Arkansas  72203-3887
e-mail: marlinr@garyeubanks.com

Michael L. Williams
Brian S. Campf
Leslie W. O'Leary
Williams Love O'Leary Craine & Powers, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR  97225-6681
e-mail: mwilliams@wdolaw.com

Ms. Zoe Littlepage
LITTLEPAGE BOOTH
408 Westheimer Street
Houston, TX  77006
e-mail: zoe@littlepagebooth.com

Elizabeth Robben Murray
Friday, Eldredge & Clark
400 W. Capitol Avenue, Suite 2000
Little Rock, AR  72201
e-mail: murray@fec.net

James A. Morris, Jr.
Board Certified- Personal Injury Trial Law
11632 Musket Rim
Austin, Texas 78738
e-mail: jmorris@moorelandrey.com

Leslie Frank Weisbrod
Morgan & Weisbrod
11551 Forest Central Drive
Suite 300
Post Office Box 821329
Dallas, TX  75382-1329
e-mail: aboone@morganweisbrod.com

William Burton Curtis
Law Offices of Miller and Curtis
5489 Blair Road
Suite 500
Dallas, TX  75231
e-mail: curtis@millerandcurtis.com

_____/s/ F. Lane Heard III_____

F. Lane Heard III
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005-5901
(202) 434-5000, *lheard@wc.com*