**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

By an email letter of August 16, 2006 Plaintiff's counsel, Mr. Weisbrod, objects to the sending of a supplemental questionnaire to prospective jurors who may serve in this case.

The objection is overruled, but Plaintiff's exception is saved.

Additionally, in a August 15, 2006 email, Plaintiff's counsel was directed to submit any objections to the Modified Juror Questionnaire by noon, Thursday, August 17, 2006. No objections have been submitted. Accordingly, the Clerk of the Court is directed to send the Modified Juror Questionnaires and Supplemental Questionnaires to the appropriate jurors.

IT IS SO ORDERED this 17th day of August, 2006.

                                                /s/ Wm. R.Wilson,Jr.
                                              UNITED STATES DISTRICT JUDGE