# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

## **ORDER**

Based on rulings made during a November 9, 2006 telephone conference, the parties must submit any additional argument regarding what restrictions, if any, should govern pretrial publicity by 5 p.m., Wednesday, November 15, 2006.  By the same deadline, Wyeth must submit any additional information regarding the cost of "blacking out" advertisements in the Little Rock/State of Arkansas market.

Also pending is Defendant's Motion to Reconsider Order Re: Second Deposition of Drs. David Page and Thomas Stovall (Doc. No. 374).  The motion is DENIED.

IT IS SO ORDERED this 15th day of November, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1