## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| **v.** | : | |
| **WYETH** | : | **DEFENDANT** |

### ORDER

For exhibits that the Court did not rule admissible or inadmissible at the pretrial hearing because the proponent "held" the exhibits, the proponent will not show the exhibit to a witness without first notifying the opposing party that it intends to use the exhibit and obtaining a ruling on admissibility from the Court.

Each party will notify the other 48 hours in advance of the witnesses it intends to call and 36 hours in advance of the documents it intends to use, except for documents to be used solely for cross-examination or impeachment. For example, a party will notify the other at the beginning of court on Monday morning of the witnesses it intends to call on Wednesday and at the end of court on Monday afternoon of the documents it intends to use on Wednesday.

This applies only to direct examination of witnesses and does not apply to cross-examination of witnesses.

The Court anticipates that it will rule on the admissibility of "held" documents on the day before a party intends to use them.

IT IS SO ORDERED this 15th day of December, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE