IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| PREMPRO PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |
| | : | |
| HELENE RUSH | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| WYETH, | : | DEFENDANT |

## ORDER

**Motion for Use of Prior Testimony**

Pending is Plaintiff's Motion for Use of Prior Testimony From Diet-Drug Litigation as Impeachment (Doc. No. 445). The motion is DENIED without prejudice. If the issue arises at trial, I will address it outside the hearing of the jury.

**Smoking**

The December 27, 2006 Order reads , "Plaintiff's Motion in Limine No. 43 to Bar No Reference to Plaintiff's Smoking, Alcohol, or Prescription Drug Use is GRANTED in PART and DENIED in PART . . . References to smoking will not be permitted unless Defendant can show me heavier evidence than they presented during the hearing referenced above."[1] On January 12,

---

[1] Doc. No. 419.

1

2007, Wyeth submitted it "Submission Regarding Smoking as an Accepted Risk Factor."[2]

Plaintiff has responded[3] and Defendant has replied.[4]

References to smoking as a risk factor of breast cancer will be permitted.

**Fred Hassan's Incomplete Deposition**

Wyeth's Motion to Strike Plaintiff's Designations of Fred Hassan's Incomplete Deposition Testimony (Doc. No. 451) is DENIED. If Defendant truly wants to cross-examine Mr. Hassan, I will do my best to assist you getting him available.

IT IS SO ORDERED this 19th day of January, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

---

[2] Doc. No. 449.

[3] Doc. No. 466.

[4] Doc. No. 469.