**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| | : | |
| **v.** | : | |
| | : | |
| **WYETH** | : | **DEFENDANT** |

**ORDER**

Pending is Defendant's Motion to Strike Plaintiff's New Marketing Exhibits (Doc. No. 483). The motion is GRANTED, and marketing materials which were relied on by neither Plaintiff nor her physicians are excluded.

If Plaintiff contends that certain exhibits listed in Defendant's motion are outside the scope of this Order, on Monday, January 21, 2007, Judge Jones will hear argument for those specific exhibits.

IT IS SO ORDERED this 20th day of January, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE