**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 3, 2007**
**LETTER-ORDER**

Mr. Leslie Frank Weisbrod
Mr. William Burton Curtis
Ms. Alexandra V. Boone
Mr. Bill Newman
Miller Curtis & Weisbrod LLP
Post Office Box 821329
Dallas, TX 75382-1329

Ms. Kathleen Flynn Peterson
Robins, Kaplan, Miller & Ciresi
LaSalle Plaza
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015

Mr. John Vardaman
Mr. Steve Urbanczyk
Mr. F. Lane Heard, III
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901

     Re:   *Rush v. Wyeth*, 4:05-CV-497

Dear Counsel:

If a person with abnormal cells in the breast takes Prempro and it "causes" them to become cancerous, or if there is a tiny cancer that is basically "stable" and the taking of Prempro causes it to break loose and grow, all of this is "promotion" as I see it; and is, therefore, compensable to the extent that Plaintiff would not have had the cancer to the extent now suffered.

Accordingly, Wyeth's submission to strike Dr. Colditz's testimony (Doc. No. 557) is denied.

Plaintiff's request that I open the door on other drugs (Doc. No. 541) is denied.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of Court
cc:    The Honorable Henry L. Jones, Jr.