# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| v. | : | |
| **WYETH** | : | **DEFENDANT** |

## ORDER

After carefully reflecting on all the evidence in the case and juxtaposing it to Arkansas Model Jury Instruction 2218, I am satisfied that a jury issue on punitive damages has not been made. Accordingly, Defendant's Motion to Strike Claims for Punitive Damages (Doc. No. 474) is GRANTED.

IT IS SO ORDERED this 14th day of February, 2007.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

1