## JURY VERDICT FORM

**QUESTION NO. 1:**
Has Ms. Rush proven by the greater weight of the evidence that Wyeth inadequately warned about a known or knowable risk of Premarin (with progestin) or Prempro and that such failure proximately caused her breast cancer?

Yes:                        No: (circled)

**QUESTION NO. 2:**
Has Ms. Rush proven by the greater weight of the evidence that Premarin and/or Prempro were defective in design and that such defect proximately caused her breast cancer?

Yes:                        No: (circled)

**QUESTION NO. 3:**
Has Ms. Rush proven by the greater weight of the evidence that Wyeth was negligent, and that such negligence proximately caused her breast cancer?

Yes:                        No: (circled)

**QUESTION NO. 4:**
Has Wyeth proven by the greater weight of the evidence that Ms. Rush knew or should have known of the causal connection between Premarin (with progestin) or Prempro and her breast cancer before March 18, 2002.

Yes:                        No: (circled)

If you answered Yes to Questions 1, 2 or 3, answer Question No. 5:

**QUESTION NO. 5:**
What amount of money, if any, would fairly and reasonably compensate Ms. Rush for the damages caused by Premarin (with progestin) or Prempro?

$ _____

Please inform the Court that you have reached a verdict.

_Katrina Smelter_    2-15-07
Presiding Juror

24