# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| **HELENE RUSH** | : | **PLAINTIFF** |
| v. | : | |
| **WYETH** | : | **DEFENDANT** |

## JUDGMENT ON JURY VERDICT

Jury trial for this case commenced on Tuesday, January 22, 2007 before the Honorable William R. Wilson, Jr., United States District Judge.

The issues having been duly tried, the jury rendered its verdict on Thursday, February 15, 2007. Based on that verdict,

IT IS SO ORDERED AND ADJUDGED that Plaintiff, Helene Rush, take nothing on her Complaint and that Judgment be entered in favor of Defendant Wyeth. The Complaint is DISMISSED.

IT IS SO ORDERED this 16th day of February, 2007.

                                              /s/ Wm. R.Wilson,Jr.
                                              UNITED STATES DISTRICT JUDGE