# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:05CV00497 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| **HELENE RUSH** | : | PLAINTIFF |
| v. | : | |
| **WYETH** | : | DEFENDANT |

## ORDER DENYING MOTION FOR NEW TRIAL

On March 2, 2007, Plaintiff filed a Motion for New Trial (Doc. No. 638) with a supporting memorandum.

Each of the points raised by Plaintiff in its motion and memorandum were carefully considered during the trial, and Plaintiff's position on each was rejected. After a careful review of the motion and memorandum, I believe that the rulings during trial were correct, and, therefore Plaintiff's Motion for New Trial is DENIED.

IT IS SO ORDERED this 6th day of March, 2007.

/s/ Wm. R.Wilson, Jr.
UNITED STATES DISTRICT JUDGE